**STATE of Missouri, Respondent,**

v.

**Nathanial Taylor STEMMLER,
Appellant.**

**WD 79067**

Missouri Court of Appeals,
Western District.

ORDER FILED: February 21, 2017

Evan J. Buchheim, Jefferson City, MO, for respondent.

Margaret M. Johnston, Columbia, MO, for appellant.

Before Division Two: Cynthia L. Martin, Presiding Judge, Lisa White Hardwick, Judge and Alok Ahuja, Judge

**ORDER**

Per curiam:

Nathanial Stemmler appeals from the trial court's entry of judgment convicting him of four counts of statutory sodomy in the first degree involving two victims. Stemmler asserts that the trial court erred in two respects: (1) in admitting and allowing the State to play a recording of one victim's forensic interview; and (2) in overruling Stemmler's motion for judgment of acquittal and entering judgment convicting him on one of the four counts because the evidence was insufficient to establish the location of his conduct beyond a reasonable

doubt. Finding no error, we affirm. Rule 30.25(b).